AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Anderson, Jr., George R. | U. S. District Court, SC | 06/24/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge (Senior Status) | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Post Office Box 2147 <br> Anderson, SC 29622 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chairman Emeritus: Foundation Council | Anderson University |
| 2. Emeritus Member: Board of Visitors & Directors | Anderson University |
| 3. Honorary Member, Board of Directors | Anderson Area YMCA |
| 4. | |
| 5. | |

FINANCIAL DISCLOSURE OFFICE 2009 JUN 29 A 10: 56 RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Anderson Jr, George R**

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R. | 06/24/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R. | 06/24/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R. | 06/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. PROPERTY #1, ANDERSON, SC | | None | J | W | | | | | |
| 2. COMMUNITY FIRST BANCORPORATION COMMON STOCK | A | Dividend | K | T | | | | | |
| 3. SC STATE HOUSING AUTHORITY BOND (6.45%) | B | Interest | K | T | Redeemed (part) | 7/1 | J | A | |
| 4. DARLINGTON CO. SC BOND (6.125%) | A | Interest | | | Redeemed | 1/2 | L | | |
| 5. THE SOUTH FINANCIAL GROUP, INC. COMMON STOCK | B | Dividend | K | T | | | | | |
| 6. COMMUNITY CAPITAL CORP. COMMON STOCK (BELTON BANK) | A | Dividend | J | T | | | | | |
| 7. PROPERTY #2, ANDERSON, SC | | None | L | W | | | | | |
| 8. SPARTANBURG COUNTY SC HEALTH SERVICES BOND (5.5%) | B | Interest | | | Redeemed | 7/25 | M | | |
| 9. LEXINGTON CO. SC HOSPITAL BOND (5.125%) | C | Interest | K | T | | | | | |
| 10. SPARTANBURG CO. SC HEALTH SERVICES BOND (5.125%) | B | Interest | | | Redeemed | 7/25 | M | A | |
| 11. BANK OF ANDERSON ACCOUNTS | A | Interest | K | T | | | | | |
| 12. GRANDSOUTH BANCORPORATION COMMON STOCK | A | Dividend | K | T | | | | | |
| 13. PEOPLES BANCORPORATION, INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 14. REGIONS FINANCIAL CORP. COMMON STOCK | C | Dividend | K | T | | | | | |
| 15. SC PUBLIC SERVICE AUTHORITY BOND (5.125%) | D | Interest | M | T | | | | | |
| 16. FLORENCE CO. HOSPITAL BOND (4.75%) | B | Interest | K | T | | | | | |
| 17. HORRY CO. HOSPITAL BOND (5.00%) | B | Interest | K | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R. | 06/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. ORANGEBURG CO. SC BOND (5.70%) | D | Interest | M | T | | | | | |
| 19. MSDW IRA #1 | B | Dividend | K | T | | | | | |
| 20. - MSDW FOCUS GROWTH FUND A MUTUAL FUND | | | | | | | | | |
| 21. - MSDW DIVIDEND GROWTH B MUTUAL FUND | | | | | | | | | |
| 22. MSDW IRA #2 | A | Dividend | J | T | | | | | |
| 23. - MSDW FOCUS GROWTH FUND A MUTUAL FUND | | | | | | | | | |
| 24. - MSDW DIVIDEND GROWTH B MUTUAL FUND | | | | | | | | | |
| 25. MANDATORY IRA DISTRIBUTION: MSDW IRA #1 | B | Distribution | | | Distribution | 12/11 | | | See Note #1, Part VIII |
| 26. MS S&P 500 B FUND [MUTUAL FUND] | D | Dividend | K | T | | | | | |
| 27. MS S&P 500 A FUND [MUTUAL FUND] | C | Dividend | K | T | | | | | |
| 28. MANDATORY IRA DISTRIBUTION: MSDW IRA #2 | A | Distribution | | | Distribution | 12/11 | | | See Note #2, Part VIII |
| 29. SC TRANSPORTATION INFRA-STRUCTURE BOND (5.375%) | D | Interest | N | T | | | | | |
| 30. HILTON HEAD ISLAND SC GEN. OBL. BOND (5.50%) | B | Interest | K | T | | | | | |
| 31. UNIVERSITY OF SC BOND (5.75%) | C | Interest | K | T | | | | | |
| 32. LEXINGTON CO. SC WATER & SEWER BOND (5.45%) | D | Interest | M | T | | | | | |
| 33. SC TRANSPORTATION INFRASTRUCTURE BOND (5.25%) | C | Interest | K | T | | | | | |
| 34. THREE RIVERS SOLID WASTE BOND (5.30%) | B | Interest | | | Redeemed (part) | 1/1 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R. | 06/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Redeemed | 1/2 | K | A | |
| 36. GREENVILLE HOSPITAL SYSTEM BOND (5.00%) | D | Interest | M | T | | | | | |
| 37. SC PUBLIC SERVICE AUTH. BOND (5.125%) | C | Interest | K | T | | | | | |
| 38. GREENVILLE HOSPITAL SYSTEM BOND (5.00%) | C | Interest | L | T | | | | | |
| 39. MSDW AMERICAN GROWTH FUND OF AMERICA B MUTUAL FUND | A | Dividend | K | T | | | | | |
| 40. BEAUFORT-JASPER SC WATER & SEWER BOND (5.00%) | C | Interest | L | T | | | | | |
| 41. SC STATE HOUSING DEVELOPMENT BOND (5.125%) | A | Interest | J | T | | | | | |
| 42. SC TRANSPORTATION INFRASTRUCTURE BOND (5.00%) | B | Interest | K | T | | | | | |
| 43. SPARTANBURG CO. SC HOSPITAL BOND (5.25%) | D | Interest | M | T | | | | | |
| 44. SC STATE PUB SVC AUTH SANTEE COOPER BOND 5.125 | E | Interest | N | T | | | | | |
| 45. SC TRANSPORTATION INFRASTRUCTURE BOND (5.10%) | D | Interest | M | T | | | | | |
| 46. LEXINGTON CO. SC WATER & SEWER BOND (5.00%) | D | Interest | M | T | | | | | |
| 47. SC PUB SVC AUTH SANTEE COOPER BOND 5.125 | D | Interest | M | T | | | | | |
| 48. VAN KAMPEN COMSTOCK B MUTUAL FUND | B | Divided | L | T | | | | | |
| 49. GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | D | Interest | M | T | | | | | |
| 50. GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | D | Interest | M | T | | | | | |
| 51. SC TRANSPORTATION INFRA. BOND (5%) | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R. | 06/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SC TRANSPORTATION INFRA. BOND (5.10%) | C | Interest | L | T | | | | | |
| 53. SPARTANBURG CO. SC HEALTH SER VICES HOSPITAL BOND (5.25%) | C | Interest | L | T | | | | | |
| 54. GREENVILLE CO. SC SCHOOL DISTR ICT BOND (5.5%) | D | Interest | M | T | | | | | |
| 55. GREENVILLE HOSPITAL SYSTEMS FA CILITY REV. BOND (4.6%) | A | Interest | J | T | | | | | |
| 56. SPARTANBURG CO. SC HEALTH SERV ICES HOSPITAL BOND (5.25%) | C | Interest | K | T | | | | | |
| 57. SPARTANBURG CO. SC HEALTH SERV ICES HOSPITAL BOND (5.25%) | C | Interest | L | T | | | | | |
| 58. SC STATE PUB SVC AUTH SANTEE C OOPER BOND 4.75% | B | Interest | K | T | | | | | |
| 59. SC STATE PUB SVC AUTH SANTEE C OOPER BOND 4.75 | C | Interest | L | T | | | | | |
| 60. BEAUFORT CO. SC TAX REVENUE BL UFFTON BOND (5.00%) | B | Interest | K | T | | | | | |
| 61. SC STATE PUB SVC AUTH SANTEE C OOPER BOND 5.125 | B | Interest | K | T | | | | | |
| 62. MSDW JP MORGAN MID CAP VALUE B FUND | A | Dividend | K | T | | | | | |
| 63. COLLEGE OF CHARLESTON BOND (5%) | C | Interest | L | T | | | | | |
| 64. BERKELEY CO. SC WATER & SEWER BOND (5%) | B | Interest | K | T | | | | | |
| 65. GREENVILLE CO. SC SCHOOL DISTR ICT BOND (5.5%) | C | Interest | L | T | | | | | |
| 66. MSDW JP MORGAN MID CAP VALUE C FUND | D | Dividend | M | T | | | | | |
| 67. MSDW VAN KAMPEN COMSTOCK C FUND | C | Dividend | M | T | | | | | |
| 68. INDEPENDENCE BANCSHARES, INC. COMMON STOCK | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R. | 06/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div.,rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MEDICAL UNIVERSITY SC HOSPITAL BOND 5.00% | C | Interest | L | T | | | | | |
| 70. EASLEY SC UTILITY REV. BOND 4.50% | C | Interest | L | T | | | | | |
| 71. UNIVERSITY OF SC BOND 4.25% | C | Interest | L | T | | | | | |
| 72. UNIVERSITY OF SC BOND 4.25% | D | Interest | M | T | | | | | |
| 73. ANDERSON CO. MUN. WATER & SEWER BOND 5.00% | A | Interest | J | T | | | | | |
| 74. COLUMBIA, SC WATER & SEWER BOND 5.00% | B | Interest | K | T | | | | | |
| 75. SC JOBS ECON. DEV. AUTH. BOND 4.50% | D | Interest | M | T | | | | | |
| 76. DORCHESTER CO COURTHOUSE BOND 4.60% | D | Interest | M | T | | | | | |
| 77. SC PUB SVC AUTH SANTEE COOPER BOND 4.50% | B | Interest | L | T | | | | | |
| 78. SC PUB SVC AUTH SANTEE COOPER BOND 4.75% | C | Interest | L | T | | | | | |
| 79. MSDW AMERICAN GROWTH FUND OF AMERICA C | A | Dividend | K | T | | | | | See Note #3, Part VIII |
| 80. SCAGO EDU. COLLETON SCHOOL BOND | C | Interest | L | T | | | | | |
| 81. SCAGO EDU. COLLETON SCHOOL BOND | C | Interest | L | T | | | | | |
| 82. HORRY CO. SC SCHOOL BOND | C | Interest | L | T | | | | | |
| 83. TOUCHSTONE BANCSHARES, INC. COMMON STOCK | | None | J | T | | | | | |
| 84. LEXINGTON SC SCHOOL DISTRICT #2 BOND (4.75%) | D | Interest | M | T | Buy | 1/14 | M | | |
| 85. SPARTANBURG SC REGIONAL HEALTH BOND [4.50%] | B | Interest | M | T | Buy | 6/25 | M | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes            J =$15,000 or less      K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                    P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment      T =Cash Market
(See Column C2)           U =Book Value           V =Other                W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R. | 06/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SC JOBS ECONOMIC DEV. AUTH. HO SP. BOND [4.50%] | | None | L | T | Buy | 8/7 | L | | |
| 87. SC JOBS ECONOMIC DEV. AUTH. HO SP. BOND [4.50%] | | None | M | T | Buy | 8/7 | M | | |
| 88. SC TRANSPORTATION INFRASTRU CTURE BOND [5.00%] | | None | L | T | Buy | 11/7 | L | | |
| 89. BEAUFORT CO. SCHOOL BOND [5.0%] (X) | | None | K | T | | | | | |
| 90. DORCHESTER CO. COURTHOUSE B OND [4.60%] (X) | | None | K | T | | | | | |
| 91. RICHLAND-LEXINGTON AIRPORT BOND [5.00%] (X) | | None | K | T | | | | | |
| 92. SC PUBLIC SERVICE AUTH. SANTEE COOPER BOND [5.125%] (X) | | None | K | T | | | | | |
| 93. SC STATE PUBLIC SERVICE AUTH. BOND [5.00%] (X) | | None | K | T | | | | | |
| 94. SC TRANSPORTATION INFRASTRU CTURE BOND [5.00%] (X) | | None | K | T | | | | | |
| 95. UNIV. OF SC EDUCATION BOND [4.375 %] (X) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1: Part VII, Line 25. 10th Mandatory IRA withdrawal. IRA investments listed in Part VII, line 19.

Note 2: Part VII, Line 28. 9th Mandatory IRA withdrawal. IRA investments listed in Part VII, line 22.

Note 3: Part VII, Line 79: Bought 757.889 additional shares of MSDW American Growth Fund of America C for $24,000 on 4/25/2008.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Anderson, Jr., George R. | 06/24/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544